AO 450 (Rev. 11/11)  Judgment in a Civil Action

E-FILED
Monday, 11 May, 2026  04:56:45 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the

Central    District of    Illinois

| | |
|---|---|
| James B Anderson, III | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.    1:25-cv-01485-JEH-RLH |
| Duffy et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:   this case is dimissed without prejudice. _____
_____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge   Jonathan E Hawley _____ _____

Date: _____ 05/11/2026 _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*